**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jose Luis Hernandez, | ) | No. CV 05-3355-PHX-JAT (HCE) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #19) recommending that the Petition be denied as untimely.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #19) is **ACCEPTED and ADOPTED**;

1       **IT IS FURTHER ORDERED** that the amended petition (Doc. #16) is stricken;

2       **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

3 (Doc. #1) is **DENIED** as untimely; and

4       **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**

5 and the Clerk of the Court shall enter judgment accordingly.

6       DATED this 28th day of November, 2006.

7

8

9                     James A. Teilborg

10                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -